UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA                              CASE NO. **1:22-cv-23944-KMW**

    Plaintiff,

vs.

COLE HAAN COMPANY STORE, LLC.
a Foreign limited liability company,
    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against COLE HAAN COMPANY STORE, LLC**.**

    Submitted by:

    Mendez Law Offices, PLLC
    Attorneys for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile: 305.809.8474
    Email:info@mendezlawoffices.com
    By:            /s/
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###